ion. Order affirmed, with $10 costs and disbursements. Order filed.

DAVIS, Appellant, v. BERGEN REALTY CO., Respondent. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by David Davis against the Bergen Realty Company. J. Friedman, for appellant. G. Nathan, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DAVIS, Respondent, v. HURWITZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) Action by Louis J. Davis against Louis Hurwitz. PER CURIAM. Judgment affirmed, with costs.

SPRING and WILLIAMS, JJ., dissent, upon the ground that the quantity of stock purchased by the defendant from the plaintiff should have been determined by the actual weights made, instead of from the inventory.

DEMAS, Appellant, v. OSWEGO FALLS PULP & PAPER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Fred Demas, an infant, etc., against the Oswego Falls Pulp & Paper Company. No opinion. Judgment and order affirmed, with costs.

DICKINSON v. POWERS et al. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Sarah M. Dickinson against Joseph A. Powers and others. No opinion. Motion denied. See, also, 125 N. Y. Supp. 949.

DOEBLER, Appellant, v. DOEBLER, Respondent. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Jennie L. Doebler against C. Frank Doebler. H. G. K. Heath, for appellant. R. S. Kristeller, for respondent. No opinion. Order affirmed, without costs. Order filed.

DOLAN, Respondent, v. HUDSON & M. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Delia Dolan, as administratrix, etc., of Michael Dolan, deceased, against the Hudson & Manhattan Railroad Company. PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, for error in the charge of the trial court shown at folio 601 of the record, on the authority of Bria v. Westinghouse, Church, Kerr & Co., 133 App. Div. 346, 117 N. Y. Supp. 195, and Milligan v. Clayville Knitting Co., 137 App. Div. 383, 121 N. Y. Supp. 763.

HIRSCHBERG, P. J., and RICH, J., dissent.

DOMENICO, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by Carollo Domenico against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

DOONAN, Respondent, v. J. W. BISHOP CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 19, 1911.) Action by Michael J. Doonan against the J. W. Bishop Company. No opinion. Motion denied.

DOWNING, Appellant, v. LOCOMOBILE CO., OF AMERICA, Respondent. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Mortimer J. Downing against the Locomobile Company of America. R. Ely, for appellant. W. W. Niles, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

DUGAN, Respondent, v. NEW YORK CAB CO., Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Action by Annie Dugan against the New York Cab Company. F. R. Graves, for appellant. C. O. Maas, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

EARL et al., Appellants, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. December 9, 1910.) Action by Robert Earl and others, executors of the last will and testament of Robert Earl, deceased, against the State of New York. No opinion. Judgment unanimously affirmed, with costs.

EASLEY, Respondent, v. LOEWENSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by William F. Easley against Max Loewenstein. E. Jacobus, for appellant. R. W. Hardie, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

EATON, Appellant, v. ORIENT INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by Charles M. Eaton against the Orient Insurance Company. F. J. Ryan, for appellant. W. Badt, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 125 N. Y. Supp. 1118.

EBERT, Respondent, v. HANNEMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Mathilda G. Ebert, as sole acting executrix of Henry Ludemann, deceased, against Louis Hanneman and others. No opinion. Judgment (125 N. Y. Supp. 237, 69 Misc. Rep. 223) affirmed by default, with costs. See, also, infra.

EBERT, Respondent, v. HANNEMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Mathilda G. Ebert, as sole acting executrix of the last will and testament of Henry Ludemann, deceased, against Louis Hanneman.